

## CAUSE NO. 12-19-00349-CR, 12-19-00374-CR
## IN THE COURT OF APPEALS
## TWELFTH COURT OF APPEALS DISTRICT
## TYLER, TEXAS

| | | |
|---|---|---|
| SCOTT MICHAEL YOUNG, APPELLANT | } | APPEALED FROM 241ST DISTRICT |
| V. | } | COURT IN AND FOR |
| THE STATE OF TEXAS, APPELLEE | } | SMITH COUNTY, TEXAS |

## ORDER

Came on for consideration the Appellant's Pro Se Request for Copies of the Court Records in the above-referenced causes, and it appearing that Appellant's counsel has filed an *Anders* brief herein and that Appellant has been unable to adequately examine the record so that he can file a pro se brief, it is hereby ORDERED that the motion be, and hereby is **GRANTED** and that the trial court ensure that Appellant has the opportunity to fully and adequately examine the appellate record on or before **Friday, October 23, 2020**, by paper form sent to the warden of Appellant's unit with explicit instructions to provide Appellant with supervised access to printed record. *See Kelly v. State*, 436 S.W.3d 313, 318, 320 (Tex. Crim. App. 2014) (appellate courts have an "on-going responsibility, once an appellant manifests his desire for *pro se* record access, to officially guide the process and follow through to make sure that such access is granted before they rule on the validity of appointed counsel's *Anders* brief and motion to withdraw;" an "appellate court may not rule on the motion to withdraw and the validity of the *Anders* brief until the appellant has been given access to, and an adequate opportunity to review, the appellate record"). The court shall provide Appellant with a receipt letter to sign and return.

It is FURTHER ORDERED that the trial court notify this Court in writing as to the date or dates upon which the appellate record was made available to Appellant and the amount of time for which Appellant had access to the record on each date, and provide this court with a copy of the receipt letter signed by the Appellant. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

**WITNESS THE HONORABLE JAMES T. WORTHEN**, Chief Justice, Court of Appeals District, Tyler, Texas.

**GIVEN UNDER MY HAND AND SEAL OF OFFICE** at Tyler, Texas, this 23rd day of September 2020, A.D.



_Katrina McClenny_
KATRINA MCCLENNY, CLERK